No. 237. RICHMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Harold Simandl* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Israel Convisser* for the United States.

No. 246. WILLIS ET AL. *v.* BARNSDALL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. *Robert S. Vance* for petitioners. *William H. Arnold, Jr.* for respondents.

No. 252. GRAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *G. Aaron Youngquist* and *Leonard L. Kalish* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Vincent A. Kleinfeld* for the United States.

No. 63. STEELE'S MILLS ET AL. *v.* ROBERTSON, COLLECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John M. Robinson* and *Russell M. Robinson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Harry Baum* for respondent.

No. 203. CRANE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *David W. Louisell* for petitioner. *Stephen J. Roth*, Attorney General of Michigan, and *Edmund E. Shepherd*, Solicitor General, for respondent.

No. 212. UNITED STATES *v.* SEABOARD AIR LINE RAILROAD CO. Court of Claims. Certiorari denied. MR.